[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16143
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 23, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00030-CR-5-001-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARIO ESPINOSA,
a.k.a. D,
a.k.a. Dario Espinosa-Alvarez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(July 23, 2010)

Before EDMONDSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Christopher Patterson, appointed counsel for Dario Espinosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Espinosa's convictions and sentences are **AFFIRMED.**